IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DAVID E. DINWIDDIE**                                                                      **PLAINTIFF**

v.                              No. 5:11-cv-169-DPM

**SENATOR MARY ANNE SALMON**
**and REPRESENTATIVE TOMMY LEE**
**BAKER**                                                                                     **DEFENDANTS**

## JUDGMENT

David Dinwiddie's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

3 October 2011